ROGER L. GRANDGENETT, ESQ., Bar No. 06323
KELSEY E. STEGALL, ESQ., Bar No. 14279
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:       702.862.8811
Email: rgrandgenett@littler.com
Email: kstegall@littler.com

Attorneys for Defendant
K2 ENERGY SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD GORDON,<br><br>Plaintiff,<br><br>vs.<br><br>K2 ENERGY SOLUTIONS, INC.; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:20-cv-00555-RFB-DJA<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff RICHARD GORDON ("Plaintiff"), by and through his attorney of record, Joseph M. Ortuno, Esq. of Watkins & Letofsky, LLP, and Defendant K2 ENERGY SOLUTIONS, INC. ("Defendant"), by and through its attorneys of record, Littler Mendelson, hereby stipulate to extend the time for Defendant to file a responsive pleading to Plaintiff's Complaint from the current deadline of April 14, 2020, up to and including **April 28, 2020.**

As Defense counsel is in the process of being retained, this extension is necessary to provide adequate time for Defense counsel to complete the retention process, to become familiar with the allegations in the Complaint, and to prepare a responsive pleading.

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: April 14, 2020

Respectfully submitted,

*/s/ Joseph M. Ortuno, Esq.*
DANIEL R. WATKINS, ESQ.
JOSEPH M. ORTUNO, ESQ.
WATKINS & LETOFSKY, LLP

Attorney for Plaintiff
RICHARD GORDON

Dated: April 14, 2020

Respectfully submitted,

ROGER L. GRANDGENETT, ESQ.
KELSEY E. STEGALL, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
K2 ENERGY SOLUTIONS, INC.

**IT IS SO ORDERED.**

Dated this _15th_ day of April, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

4827-9220-8055.1 053070.1000

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.