**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

RICHARD GORDON,

        Plaintiff,

vs.

K2 ENERGY SOLUTIONS, INC.; and DOES 1-50, inclusive,

        Defendants.

Case No. 2:20-cv-00555-RFB-DJA

**ORDER REGARDING EARLY NEUTRAL EVALUATION SESSION**

An Early Neutral Evaluation Session has been scheduled for **10:00 AM, July 20, 2020**, in the chambers of the undersigned U.S. Magistrate Judge, Cam Ferenbach, located on the third floor of the Lloyd D. George U.S. Courthouse, 333 Las Vegas Boulevard South, Suite 3005, Las Vegas, Nevada 89101.

The Court is closely following and reinforcing the guidelines from the CDC and other relevant health authorities and is taking precautionary measures to limit the potential spread of the COVID-19 virus. For example:

- All visitors to the courthouse will be required to maintain a social distance of at least six feet and either wash their hands or use hand sanitizer before entering the courtroom.

- Inside the courtrooms, conference rooms, chairs, tables, and microphones that have been used will be cleaned after each ENE. Counsel (parties) are encouraged to bring disinfectant wipes to clean the surfaces to their own comfort level as well.

- ENE attendees must wear face coverings and are encouraged to bring and wear personal protective equipment including gloves, or other protective coverings.

**If you do not feel well, contact chambers (702)464-5540 immediately to reschedule this ENE or make arrangements to attend it remotely. DO NOT COME TO THE COURTHOUSE IF YOU**

**ARE EXPERIENCING FLU-LIKE SYMPTOMS such as a cough, fever, or shortness of breath, or if you have been in contact with anyone who has been recently diagnosed with a COVID-19 infection.  Refer to Temporary General Order 2020-02 for additional courthouse-access policies and procedures.**

If a party prefers to appear by video conference, the party must notify chambers (702-464-5540) of that decision by **4:00 PM, July 16, 2020**.  If a party is appearing by video conference, it is responsibility of that party to set-up and coordinate the video conference for the ENE and be prepared to do a test run of the video conference at 9:45 AM, July 17, 2020.

All else as stated in the Order setting the ENE remains unchanged (ECF NO. 11).

DATED this 14th day of July, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE